IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO CERDA,<br><br>            Plaintiff,<br>   vs.<br><br>UNITED BROTHERHOOD OF CARPENTERS AND JOINER OF AMERICA, et al ,<br><br>            Defendants.<br>_____/ | CASE NO. CV-F-05-00616 OWW LJO<br><br>**ORDER CONFIRMING HEARING ON MOTION TO REMAND** |

The above entitled action was removed to this Court on May 9, 2005. Plaintiff filed a motion to remand to State court on May 13, 2005. The District Court Judge assigned to this matter reassigned the motion to remand to Department 6, Magistrate Judge Lawrence O'Neill. On June 2, 2005, the District Court Judge also set an ENE conference for July 6, 2005 in Department 6. (Doc. 28.)

The Court herein CONFIRMS that the setting of the ENE conference does not alter the hearing on the motion to remand. The hearing on the motion to remand will proceed on June 24, 2005 at 8:30 a.m in Department 6. The parties may appear at the hearing by arranging a one line conference call and telephoning the Court at (559) 498-7322.

IT IS SO ORDERED.

**Dated:   June 3, 2005**            /s/ Lawrence J. O'Neill
b9ed48                                         UNITED STATES MAGISTRATE JUDGE

1