**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARMANDO CERDA, | CASE NO. CV-F-05-0616 OWW LJO |
| Plaintiff, | **ORDER TO VACATE ENE SCHEDULING CONFERENCE** |
| vs. | |
| JASON R. PHILLIPS, et al, | |
| Defendants. | |
| _____/ | |

In light of plaintiff's opposition to participation in the Early Neutral Evaluation program, this Court VACATES the July 6, 2005 Early Neutral Evaluation Scheduling conference. The parties are directed to contact Greg Lucas at (559) 498-7256 to address setting a scheduling conference before United States District Judge Oliver W. Wanger.

IT IS SO ORDERED.

**Dated:    June 30, 2005**              **/s/ Lawrence J. O'Neill**
66h44d                                UNITED STATES MAGISTRATE JUDGE

1